THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., Formerly Known as THE BANK OF NEW YORK TRUST COMPANY, N.A., Respondent, v JOHN D. CLAYPOOLE, Appellant, et al., Defendants. [55 NYS3d 19]—

Order and judgment (one paper), Supreme Court, New York County (Joan M. Kenney, J.), entered August 15, 2016, which, inter alia, denied defendant John D. Claypoole's motion for summary judgment dismissing the complaint as against him, and granted plaintiff's motion for summary judgment declar-

ing the "first mortgage" a valid lien and directing that the satisfaction of mortgage be vacated and expunged, unanimously affirmed, with costs. Appeals from orders, same court and Justice, entered May 31, 2016 and June 1, 2016, unanimously dismissed, without costs, as subsumed in the appeal from the order and judgment.

The satisfaction of mortgage was void ab initio, because the party that filed it had already assigned away its interest under the mortgage. Consequently, this action seeking to vacate the satisfaction of mortgage pursuant to RPAPL article 15 is not time-barred under CPLR 213 (6) (*see Faison v Lewis*, 25 NY3d 220, 224 [2015]; *see also Riverside Syndicate, Inc. v Munroe*, 10 NY3d 18, 24 [2008]).

We have considered defendant's remaining contentions and find them unavailing. Concur—Sweeny, J.P., Renwick, Andrias, Feinman and Gesmer, JJ.